IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ALLCHEM PERFORMANCE PRODUCTS,   §
INC.,   §
  §
      Plaintiff,   §
  §
VS.   §   CIVIL ACTION H-10-3224
  §
AQUILINE WAREHOUSE, LLC, AND   §
CACTUS VALLEY POOL SERVICES AND §
REPAIR, L.L.C., DOING BUSINESS   §
AS CACTUS VALLEY POOL,   §
  §
      Defendants.   §

## OPINION

Pending before the Court in the above referenced cause are Plaintiff AllChem Performance Products, Inc's ("AllChem's") motion for default judgment (instrument #9) and supplemental motion for default judgment (#11) against Defendant Aqualine Warehouse, L.L.C. ("Aqualine") based on Plaintiff's Original Complaint (#1).

Because on May 2, 2011 United States Magistrate Judge Frances Stacy granted leave to Plaintiffs to file a first amended complaint (#14) and Plaintiff did so (#16), these motions (#9 and 11) are MOOT.

**SIGNED** at Houston, Texas, this __3rd__ day of __June__, 2011.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE